In the Matter of the Application of the ROCHESTER, CORNING, ELMIRA TRACTION COMPANY, Respondent.

ERIE RAILROAD COMPANY et al., Appellants.

*Matter of Rochester, C., E. Tr. Co.*, 118 App. Div. 521, appeal dismissed. (Argued June 10, 1907; decided June 14, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 5, 1907, which granted an application for an order directing the board of railroad commissioners to issue a certificate of public convenience and a necessity under the provisions of section 59 of the Railroad Law.

The motion was made upon the grounds that the order appealed from was discretionary; no question of law was involved, and the appeal frivolous and without merit.

*Stephen A. McIntyre* for motion.

*Frederick Collin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES M. COLMEY, Appellant.

(Submitted June 10, 1907; decided June 14, 1907.)

Motion for re-argument denied. (See 188 N. Y. 573.)